NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Robert H. McNeill, Jr. (#86411)
Rodney S. Diggs (#274459)
Ivie, McNeill & Wyatt
444 S. Flower Street, Suite 1800
Los Angeles, CA 90071
(213) 489-0028 / (213) 489-0552 fax

ATTORNEYS FOR: MACCRAIG WARREN & MILES WARREN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MACCRAIG WARREN; MILES WARREN | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | CV13-02549-JEM |
| US AIRWAYS, INC. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for MACCRAIG WARREN; and MILES WARREN (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**   **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| MACCRAIG WARREN | PLAINTIFF |
| MILES WARREN | PLAINTIFF |
| US AIRWAYS, INC. | DEFENDANT |

4/9/13
Date

Sign

RODNEY S. DIGGS
Attorney of record for or party appearing in pro per